COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Stella D. Salmeron v. Dell, Inc.

Appellate case number:    01-19-00922-CV

Trial court case number:   1138976

Trial court:             County Civil Court at Law No. 1 of Harris County

Appellant, Stella D. Salmeron, has filed a motion to extend time to file her brief in response to the Clerk of this Court's January 10, 2020 notice. Appellant offered a reasonable explanation for the need for an extension. *See* TEX. R. APP. P. 10.5(b)(1), 38.8(a)(1). Appellant does not state the length of time she requests. Accordingly, we **grant** appellant's request to extend time. Appellant's brief is due on **February 24, 2020**.

Appellant's motion also asks this court to appoint her counsel on appeal. With rare exceptions not applicable to this case, a party is not entitled to court-appointed counsel in a civil case. *See Gibson v. Tolbert*, 102 S.W.3d 710, 712 (Tex. 2003). Accordingly, we **deny** appellant's request to appoint her counsel in this civil case.

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                      ☑ Acting individually   ☐ Acting for the Court

Date:   January 28, 2020